BRACHFELD AND SHEPPARD
ATTORNEY FOR THE PLAINTIFF
23586 CALABASAS RD, SUITE 103
CALABASAS, CA 91302
818-222-2868
Attorneys for the Plaintiff



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,

COURT NO: 91-A-10622

v.

DEFAULT JUDGMENT

TONYA L. BROWN

Defendant(s).

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from TONYA L. BROWN the sum of $1,313.51 as principal, $311.27 as accrued prejudgment interest, $0 administrative charges, and $39.00 costs, plus $331.00 attorney fees for a total amount of $1994.78 plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: JAN 22 1992

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California



By _____
Deputy Clerk